UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TELISA CLARK, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JOHN BEL EDWARDS, ET AL.** | **NO.: 20-00308-SDD-RLB** |

*Consolidated With*

| | |
|---|---|
| **POWER COALITION FOR EQUITY AND JUSTICE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JOHN BEL EDWARDS, ET AL.** | **NO.: 20-00283-BAJ-EWD** |

## ORDER

Having found that the above titled actions involve common questions of law and fact, **IT IS ORDERED** that Defendants' **Motion to Consolidate (Doc. 15 in Case No. 3:20-cv-283)** is **GRANTED**.

**IT IS FURTHER ORDRED** that the matter captioned *Power Coalition for Equity and Justice, et al v. Edwards, et al.*, Civil Action No. 20-00283-BAJ-EWD is hereby transferred to Chief Judge Shelly D. Dick and consolidated with the matter captioned *Clark, et al. v. Edwards, et al.*, Civil Action No. 20-cv-00308-SDD-RLB for all purposes and until otherwise ordered by the Court.

Additionally, the undersigned Judge Brian A. Jackson hereby recuses himself in this matter. While Local Civil Rule 10(b)(2) provides that the lowest numbered case will serve as the identifying caption, in this matter, pursuant to the recusal of

Judge Jackson, *Clark, et al. v. Edwards, et al.*, Civil Case Number 3:20-00308-SDD-RLB is hereby designated as the lead case.

                                    Baton Rouge, Louisiana, this __3rd__ day of June, 2020

                                    _____
                                    **CHIEF JUDGE SHELLY D. DICK**
                                    **UNITED STATES DISTRICT COURT**
                                    **MIDDLE DISTRICT OF LOUISIANA**

                                    _____
                                    **JUDGE BRIAN A. JACKSON**
                                    **UNITED STATES DISTRICT COURT**
                                    **MIDDLE DISTRICT OF LOUISIANA**