# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TELISA CLARK, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, et al.,<br><br>   Defendants. | **Case No.: 3:20-cv-00308-SDD-RLB** |
| POWER COALITION FOR EQUITY AND JUSTICE, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, et al.,<br><br>   Defendants. | **Case No.: 3:20-cv-00283-SDD-RLB** |

## MOTION TO AMEND THE DECLARATION OF TELISA CLARK

Plaintiffs Telisa Clark, Lakeshia Barnett, Crescent City Media Group ("CCMG"), and League of Women Voters Louisiana ("LWVLA") (collectively, "*Clark* Plaintiffs") respectfully move this Court for leave to amend the Declaration of Telisa Clark, ECF No. 22-8. Attached as an exhibit to this Motion is the Amended Declaration. This corrected declaration clarifies language relating to Ms. Clark's voter eligibility. Specifically, the original declaration states that Ms. Clark never "lost [her] right to vote due to felony conviction or court order." The Amended Declaration clarifies that Ms. Clark is eligible to register to vote in Louisiana and is "not under an order of imprisonment for conviction of a felony." The Amended Declaration also removes language that incorrectly referred to Ms. Clark's grandson Matthew as her daughter Kevon's son.

DATED this 21st day of June, 2020.    Respectfully submitted,

/s/ Caren E. Short

Caren E. Short*
Nancy G. Abudu*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
P: (404) 521-6700
F: (404) 221-5857
caren.short@splcenter.org
nancy.abudu@splcenter.org

Danielle E. Davis, La. Bar No. 37995
SOUTHERN POVERTY LAW CENTER
P.O. Box 57089
New Orleans, LA 70157
T: (504) 486-8982
C: (504) 376-7085
F: (504) 486-8947
danielle.davis@splcenter.org

Jon Sherman* (D.C. Bar No. 998271)
Michelle Kanter Cohen* (D.C. Bar No. 989164)
Cecilia Aguilera* (D.C. Bar No. 1617884)
Fair Elections Center
1825 K St. NW, Ste. 450
Washington, D.C. 20006
P: (202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org

John A. Freedman*
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
P: (202) 942-5000
John.Freedman@arnoldporter.com

*Admitted *pro hac vice*

**Attorneys for *Clark* Plaintiffs**

2