# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TELISA CLARK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN BEL EDWARDS, et al., <br><br> Defendants. | Case. No.: 3:20-cv-00308-SDD-RLB |
| POWER COALITION FOR EQUITY AND JUSTICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN BEL EDWARDS, et al., <br><br> Defendants. | Case No.: 3:20-cv-00283-SDD-RLB |

## *CLARK* PLAINTIFFS' MOTION TO AMEND JUDGMENT

Pursuant to Federal Rule of Civil Procedure 59, Plaintiffs Telisa Clark, Lakeshia Barnett, Crescent City Media Group ("CCMG"), and League of Women Voters Louisiana ("LWVLA") (collectively, "*Clark* Plaintiffs") respectfully move this Court to reconsider its decision to dismiss their claims *with prejudice*. For the reasons set forth in the accompanying memorandum, the *Clark* Plaintiffs do not seek reconsideration of the dismissal itself, but simply the Court's decision to dismiss the actions with prejudice.

DATED this 25th day of June, 2020.               Respectfully submitted,

/s/ Caren E. Short

Caren E. Short*
Nancy G. Abudu*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031
P: (404) 521-6700
F: (404) 221-5857
caren.short@splcenter.org
nancy.abudu@splcenter.org

Danielle E. Davis, La. Bar No. 37995
SOUTHERN POVERTY LAW CENTER
P.O. Box 57089
New Orleans, LA 70157
T: (504) 486-8982
C: (504) 376-7085
F: (504) 486-8947
danielle.davis@splcenter.org

Jon Sherman* (D.C. Bar No. 998271)
Michelle Kanter Cohen* (D.C. Bar No. 989164)
Cecilia Aguilera* (D.C. Bar No. 1617884)
Fair Elections Center
1825 K St. NW, Ste. 450
Washington, D.C. 20006
P: (202) 331-0114
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org

John A. Freedman*
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
P: (202) 942-5000
John.Freedman@arnoldporter.com

*Admitted *pro hac vice*

**Attorneys for *Clark* Plaintiffs**